IT IS SO ORDERED.

Dated: May 18, 2007

*George Nielsen*
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge

FENNEMORE CRAIG, P.C.
Louis D. Lopez (No. 021191)
Nicolas B. Hoskins (No. 023277)
3003 North Central Avenue
Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
E-mail: llopez@fclaw.com
nhoskins@fclaw.com

Attorneys for Shawn and Jennifer Smith

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ROBERT S. PERSINGER, and MARTA PERSINGER, aka MARTA C. QUANSTROM,<br><br>Debtors. | Chapter 7<br><br>Admin. No. 2-06-02420-GBN<br><br>**Adversary Case No.: 2:06-AP-00974**<br><br>**JUDGMENT** |
| SHAWN and JENNIFER SMITH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT S. PERSINGER and MARTA PERSINGER, Debtors; LANDMARC CAPITAL & INVESTMENT CO., an Arizona corporation, JOHN and JANE DOES I-V; BLACK CORPORATIONS I-V; WHITE LIMITED LIABILITY COMPANIES I-V; and ABC PARTNERSHIPS I-V;<br><br>Defendants. | |

Having considered the Plaintiffs' Motion for Default Judgment, the record presented in this case and finding good cause appearing, the Court finds as follows:

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

a. On November 7, 2006, plaintiffs filed in this case a complaint against, among others, defendants Robert S. Persinger and Marta Persinger, aka Marta Quanstrom, husband and wife ("Defendants"). (Docket No. 1);

b. Defendants were served a copy of the summons, together with a copy of plaintiffs' complaint, on December 4, 2006 and December 15, 2006, respectively. (Docket Nos. 10 and 11);

c. More than twenty (20) days have elapsed since the date on which Defendants were served the complaint;

d. Defendants have failed to answer or otherwise defend as to plaintiffs' complaint, or serve a copy of any answer or other defense which they might have had upon the attorneys of record for plaintiffs;

e. Defendants are not infants, incompetent or in the military and the provisions of the Soldiers' and Sailors' Civil Relief Act do not apply;

f. The Clerk of the Court entered default against Defendants on March 14, 2007; (Docket No. 20).

g. Plaintiffs' claims against Defendants are for non-discharge under 11 U.S.C. § 523(a)(2)(A) and/or § 523(a)(6);

h. The veracity of the allegations set forth in the complaint and damages sought in this matter are affirmed and supported by the Declaration of Jennifer Smith, a true and correct copy was attached as Exhibit A to Plaintiffs' Motion for Default Judgment, two appraisals submitted in support of Plaintiffs' Motion for Default Judgment and Custodian of Records Declaration submitted by Landmarc Capital Investment and Co., a true and correct copy was attached as Exhibit B to Plaintiffs' Motion for Default Judgment.

i. A copy of Plaintiffs' Motion for Default Judgment has been mailed

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX

- 2 -
Case 2:06-ap-00974-GBN    Doc 27    Filed 05/18/07    Entered 05/21/07 08:25:04    Desc
Main Document    Page 2 of 3

to Defendants at their last known address.

    j.    Pursuant to Rule 54(b), Federal Rules of Civil Procedure, it is expressly determined by the Court that there is no just reason for delay.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:**

1. Plaintiffs Shawn and Jennifer Smith are awarded a judgment against defendants Robert S. Persinger and Marta Persinger, aka Marta Quanstrom, husband and wife ("Defendants"), in the amount of $181,300.00;

2. Plaintiffs are additionally awarded punitive damages against Defendants in the amount of $25,000.00;

3. Defendants are liable to Plaintiffs for interest on the total judgment at the rate of 10.00% per annum from the date of Judgment until paid in full;

4. This Judgment is not dischargeable in bankruptcy, and shall retain its full force and effect against Defendants irrespective of any discharge granted in the Defendants' current administrative case, or any subsequent bankruptcy case concerning Defendants;

5. As a consequence of this Judgment, and the earlier stipulated dismissal of Landmarc Capital & Investment Co., this adversary proceeding is fully and finally resolved, and is therefore closed upon the expiration of Defendants' time to appeal, if no appeal is filed;

6. The backup status conference that has been set in this matter for June 12, 2007, at 9:00 a.m. is hereby vacated. The Clerk shall close this adversary file.

DATED this ___ day of _____, 2007.

_____
The Honorable George B. Nielsen Jr.
United States Bankruptcy Judge

GRANTED

FENNEMORE CRAIG
PROFESSIONAL CORPORATION
PHOENIX